CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

OCT 17 2012

JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARK RYLAND DOWDY, | ) | Civil Action No. 7:12-cv-00308 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LOUISA COUNTY, <u>et al.</u>, | ) | By:  Hon. Michael F. Urbanski |
|    Defendants. | ) |       United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the time-barred Complaint is **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 16th day of October, 2012.

/s/ Michael F. Urbanski
United States District Judge